UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SAMUEL DONALD BOREN | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-949-SDJ-AGD |
| | § | |
| HUGO BOSS RETAIL, INC., ET AL. | § | |

**MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 25, 2026, the Magistrate Judge entered a Report, (Dkt. #56), recommending that Defendants Hugo Boss Retail, Inc., Christian Julian Frazier, Jon "JD" Perez, and Gabriel Martinez Garza's (collectively "Defendants") Motion to Compel Arbitration and Stay Action ("Motion"), (Dkt. #40), be granted. The Report further recommended that this matter be administratively closed and that the Parties be ordered to engage in arbitration. *Pro se* Plaintiff Samuel Donald Boren ("Plaintiff") filed Objections, (Dkt. #59), to the Report on September 8, 2026.

Having received the Report of the Magistrate Judge, (Dkt. #56), considered Plaintiff's Objections, (Dkt. #59), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court, subject to the modification that the Court will not administratively close the case.

It is therefore **ORDERED** that Defendants' Motion to Compel Arbitration is **GRANTED**. The Parties are **ORDERED** to proceed with arbitration.

It is further **ORDERED** that this case is **STAYED** pending the outcome of the arbitration. The parties shall provide the Court with joint status updates every six months, with the first report due on **March 17, 2027**.

**So ORDERED and SIGNED this 16th day of September, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE